IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL BILLY FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:23-cv-01015 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| KILOLO KIJAKAZI, Acting ) | MAGISTRATE JUDGE FRENSLEY |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court is in receipt of a *pro se* filing from Plaintiff (Doc. No. 12) requesting that this case be dismissed. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is hereby **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE